United States District Court
Southern District of Texas
**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BARRY D. MINNIFEE, | § | |
| | § | MISC. ACTION NO. 4:11-mc-436 |
| *Plaintiff*, | § | |

**JUDGE PALERMO'S**
**REPORT AND RECOMMENDATION**

Before the Court is a letter motion filed by Plaintiff. ECF No. 7.[1] Due to his history of frivolous filings, the Court entered a preclusion order in 2015 barring Plaintiff Barry D. Minnfee from filing any further actions in this Court without first obtaining permission from a United States District Judge or Magistrate Judge. ECF Nos. 3, 4. Plaintiff, representing himself, filed a letter on April 21, 2026. ECF No. 7. Plaintiff's letter is barely legible and is nonsensical. He fails to identify any basis for filing a federal lawsuit or that he otherwise obtained or is entitled to permission to file another lawsuit.

Therefore, it is **RECOMMENDED** that:

1. Plaintiff's letter motion be **DENIED** to the extent that it is a request to file a new action. ECF No. 7.

2. That Plaintiff be sanctioned in the amount of $100.00 to be paid by certified check or money order with the above-referenced case number written on it, payable to the United States District Clerk, P.O. Box 61010, Houston, Texas 77208.

[1] The district judge to whom this case is assigned referred the instant motion to the undersigned. ECF No. 8.

**The Parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Failure to file timely objections will preclude review of factual findings or legal conclusions, except for plain error. *Quinn v. Guerrero*, 863 F.3d 353, 358 (5th Cir. 2017).**

Signed at Houston, Texas, on September 21, 2026.

Dena Palermo

**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**