United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Barry D. Minnfee<br>a/k/a Barry Dwayne Minnfee, | §<br>§ | |
| | § | Miscellaneous No. H-11-436 |
| Plaintiff, | § | |

**ORDER OF ADOPTION**

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 9) dated September 21, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Barry D. Minnfee' s Motion to File New Action (docket no. 7) is **DENIED**.

It is further **ORDERED** that Plaintiff, Barry D. Minnfee is **SANCTIONED** in the amount of **$100.00** to be paid by certified check or money order with the above-reference case number written on it,payable to the United States District Clerk, P.O. Box 61010, Houston, Texas 77208.

**SIGNED** at Houston, Texas, on this the 8th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE